# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-11014
Summary Calendar

_____

No. 24-11014

United States Court of Appeals
Fifth Circuit

**FILED**
October 8, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RAUL RAMIREZ-BENAVIDEZ,

*Defendant—Appellant*,

CONSOLIDATED WITH

_____

No. 24-11017

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RAUL RAMIREZ-BENAVIDES,

*Defendant—Appellant*,

_____

Appeals from the United States District Court
for the Northern District of Texas
USDC Nos. 4:24-CR-166-1,
4:24-CR-262-1

_____

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Raul Ramirez-Benavides has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Benavides has not filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5th Cir. R. 42.2.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

2